R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Lt. Gilligan DATE: 7/4/06

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I was told to write you in order to get 2 Grievence forms. I feel that Dr. Bomeister is wrong in stopping all my meds without seeing me for 3 days, then changing them without talking to me and not telling me what the new meds are. The second grievance is to challenge my placement here in Supermax. I completed the administrative Segregation in Connecticut on April 19th I paid my dues and was downgraded to maximum level then. I feel I should not be here.

INMATE NAME Kenneth Pladsen Jr. I.D.# 131420

WORK ASSIGNMENT: CELL NUMBER: D-5

(H.S.C.) MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE:

~~Request for grievances denied. In accordance with RIDOC Policy, those are non-grievable areas of institutional life. See attached pages from RIDOC grievance policy.~~

SIGNATURE [signature] TITLE [signature] DATE 7-6-06

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

**S - 10**

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Lt. Galligan. DATE: 7-15-06.

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I would like 2 grievance Forms.
1) For not being given an antibiotic + pain medication that the medical doctor ordered for me.
2) For being listed falsely as a sex offender on your computer. I've never ever been convicted of any sexual charges in my life

INMATE NAME Kenneth Pladsen Jr. I.D.# 131420

WORK ASSIGNMENT: CELL NUMBER: D-5

H.S.C. X MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE:

Request for 2 grievance forms is denied. You cannot grieve decisions made by qualified medical personnel and there is no indication in our computer system that you are a sexual deviant.

SIGNATURE [signature] TITLE [signature] DATE 7.25.06

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

REQUEST
WHITE - DESIGNEE
YELLOW - "
PINK - "
SALMON - INMATE

RESPONSE
WHITE - INMATE
YELLOW - ASSOCIATE DIRECTOR
PINK - DESIGNEE

S - 10

b. by the inmate directly affected by the alleged incident;

c. within three (3) days of the actual situation/incident or within three (3) days of the inmate's becoming aware of same.

3. Discipline. Inmates will not be subject to disciplinary charges for utilizing the Grievance Procedure. (Exception: See Abuse of the Inmate Grievance Procedure.)

4. Assistance. All inmates in RIDOC's custody have access to the Inmate Grievance Procedure. Special provisions shall be made to ensure access for the impaired, handicapped, illiterate, or those with language barriers. Inmates may contact the Counseling staff within their facilities for needed assistance.

5. Grievable Areas of Institutional Life

a. Interpretation and application of policies, rules, and procedures of the facilities and/or Department;

b. Individual employee and/or inmate actions, including any denial of access to the Inmate Grievance Procedure, other than as provided herein;

c. Formal or informal reprisal for use of or participation in the Inmate Grievance Procedure;

d. Property loss or damage;

e. Any other matter relating to access to privileges, programs, and/or services; conditions of care or supervision; and living facility conditions within the authority of the RIDOC, except as noted herein.

6. Non-Grievable Areas of Institutional Life

a. State and Federal laws and regulations;

b. State and Federal Court decisions;

c. Formulation of Departmental policies;

d. Decisions of Discipline Boards [governed by Morris v. Travisono, 499 F. Supp. 149 (1980) and including a separate disciplinary appeal process];

e. Decisions of Classification Boards [governed by Morris v. Travisono, 499 F. Supp. 149 (1980) and reviewed by the Director or designee];

f. Designation of an inmate as a Security Risk or Protective Custody inmate (reviewed by Director or designee);

g. Decisions by qualified medical personnel related to an inmate's health;

h. Unlawful acts committed by inmate(s);

i. Matters beyond the control of the RIDOC, including decisions of the Parole Board.

7. Abuse of the Inmate Grievance Procedure

a. Punishment or disciplinary actions will not result from an inmate's submitting a complaint or grievance unless the inmate demonstrates a pattern of abuse of this process by submitting clearly frivolous, repetitious, or knowingly false documents.

b. An inmate who files five or more (5) grievances in a week or twenty or more (20) in any consecutive 180-day period may be determined to be abusing the Inmate Grievance Procedure.

c. An inmate may be limited to not more than ten (10) active grievances at one time, not including any emergency grievance(s).

d. Abuse of the Inmate Grievance Procedure shall be determined by the Warden of the inmate's facility.

1. A determination of abuse shall result in a limitation on the grievance process or on a particular subject.

(a) The Warden shall establish the length of limitation commensurate with the degree of abuse.

(b) The length of limitation may be for up to six (6) months and may be increased for second and subsequent abuse in increments not to exceed six (6) months.

(c) Inmates under limitation for abuse of the Inmate Grievance Procedure shall be allowed to file emergency grievances.

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Deputy WARDEN Collins DATE: 7-5-06

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I wrote to Lt. Culligan to get 2 grievance forms. The 1st was for lack of mental Health Services and conduct of Dr. Poumenton. The 2nd was for my placement here at H.S.C. when I did nothing to deserve punitive action, that I was just arbitrarily placed in HSC without a hearing or due process. Lt. Culligan denied me both issues in receiving grievance forms. I would like to appeal his decision so I can grieve both issues.

INMATE NAME Kenneth Pladsen Jr. I.D.# 212753

WORK ASSIGNMENT: CELL NUMBER: D-5

H.S.C. X MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE c/o [illegible]

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10