**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH N. PLASDEN, JR.**
**Plaintiff,**

**v.** **C.A. No. 07-323S**

**DIRECTOR A.T. WALL,**
**WARDEN JAMES WEEDEN,**
**DEPUTY WARDEN, D. COLLINS,**
**JOSEPH DiNITTO, JAKE GADSEN,**
**LIUTENANT GALLIGAN**
**ROBERT HOLLAND, CO PIZZO,**
**K-9 CO JOHN DOE, FREDRIC FRIEDMAN,**
**DR. M. POSHKUS, DR. M. BAUERMEISTER,**
**DR. LOWELL McROBERTS, NANCY HILL,**
**R.N. and PAULINE MARCUSSEN**
**Defendants**

## ANSWER

Now come Defendants, A.T. Wall, James Weeden, D. Collins, Joseph DiNitto, Jake Gadsen, Lt. Galligan, CO Pizzo, Fredric Friedman, Nancy (sic) Hull, R.N. and Pauline Marcussen ("State" or "Defendants"), and hereby answer the Complaint of Plaintiff, Kenneth N. Plasden, Jr., ("Plaintiff" or "Plasden"), as follows:

1. The first Paragraph in Plaintiff's Complaint is informational in nature and no responsive pleading is required thereto. If deemed required, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained therein and therefore deny said allegations and leave Plaintiff to his proof thereof.

## JURISDICTION

2. Paragraph 2 is jurisdictional in nature and no responsive pleading is required thereto; if deemed required, Defendants deny the allegations in Paragraph 2 and leave Plaintiff to his proof thereof. Defendants expressly deny subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343 (a)(3).

3. Paragraph 3 is jurisdictional in nature and no responsive pleading is required thereto; if deemed required, Defendants deny the allegations in Paragraph 2 and leave Plaintiff to his proof thereof. Defendants expressly deny subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343 (a)(3).

4. Paragraph 4 is jurisdictional in nature and no responsive pleading is required thereto; if deemed required, Defendants deny the allegations in Paragraph 2 and leave Plaintiff to his proof thereof. Defendants expressly deny subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343 (a)(3).

5. Paragraph 5 is jurisdictional in nature and no responsive pleading is required thereto; if deemed required, Defendants deny the allegations in Paragraph 2 and leave Plaintiff to his proof thereof. Defendants expressly deny subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343 (a)(3).

## VENUE

6. This Paragraph is an allegation of venue and no responsive pleading is required thereto. If deemed required, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained therein and therefore deny said allegations and leave Plaintiff to his proof thereof.

**PARTIES**

7. The First sentence in Paragraph 7 is Admitted. As to the second sentence in Paragraph 7, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained therein and therefore deny said allegations and leave Plaintiff to his proof thereof.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted, generally.

12. Admitted, generally.

13. Admitted.

14. This Paragraph does not pertain to answering defendants and therefore no responsive pleading is required thereto; if deemed required, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained therein and therefore deny said allegations and leave Plaintiff to his proof thereof.

15. Admitted.

16. This Paragraph is addressed to a John Doe Defendant who is unidentified at this time and who is not an answering Defendant and therefore no responsive pleading is required thereto; if deemed required, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained therein and therefore deny said allegations and leave Plaintiff to his proof thereof.

17. Admitted, generally.

18. This Paragraph does not pertain to answering Defendants and therefore no responsive pleading is required thereto; if deemed required, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained therein and therefore deny said allegations and leave Plaintiff to his proof thereof.

19. This Paragraph does not pertain to answering Defendants and therefore no responsive pleading is required thereto; if deemed required, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained therein and therefore deny said allegations and leave Plaintiff to his proof thereof.

20. This Paragraph does not pertain to answering Defendants and therefore no responsive pleading is required thereto; if deemed required, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained therein and therefore deny said allegations and leave Plaintiff to his proof thereof.

21. Admitted, generally.

## STATEMENT OF FACTS

22. Admitted, generally.

23. Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph and therefore deny said allegations and leave Plaintiff to his proof thereof.

24. Denied.

25. Denied.

26. Denied.

27. This Paragraph does not pertain to the answering Defendants, and therefore, no

responsive pleading is required thereto; if deemed required, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph and therefore deny said allegations and leave Plaintiff to his proof thereof.

28. This Paragraph does not pertain to the answering Defendants, and therefore, no responsive pleading is required thereto; if deemed required, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph and therefore deny said allegations and leave Plaintiff to his proof thereof.

29. This Paragraph does not pertain to the answering Defendants, and therefore, no responsive pleading is required thereto; if deemed required, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph and therefore deny said allegations and leave Plaintiff to his proof thereof.

30. Admitted, generally; however, Defendants do not have full knowledge or information as to R.I. Hospital's medical care and treatment.

31. This Paragraph does not pertain to the answering Defendants, and therefore, no responsive pleading is required thereto; if deemed required, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph and therefore deny said allegations and leave Plaintiff to his proof thereof.

32. Denied.

33. Denied.

34. Denied.

35. Admitted only that said doctor saw Plaintiff on said date. Denied that Plaintiff received two orders for a pain medication and an antibiotic. As to any and all remaining allegations in the Paragraph, Defendants lack sufficient knowledge or information upon which to

form a belief as to the truth of the allegations contained in this Paragraph and therefore deny said allegations and leave Plaintiff to his proof thereof.

36. Denied.

37. Denied that placement was done arbitrarily and without reason or merit. As to the remaining allegations in Paragraph 36, Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph and therefore deny said allegations and leave Plaintiff to his proof thereof.

38. Denied.

## H.S.C. CONDITIONS OF CONFINEMENT

39. Denied.

40. Admitted, generally.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

## GENERAL FACTUAL ALLEGATIONS

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

## CAUSES OF ACTION

51. Denied.

WHEREFORE, Defendants respectfully request that Plaintiff's Complaint be dismissed; that Judgment enter for Defendants; that costs and attorney's fees be awarded to Defendants; and such other and further relief as justice may require.

**DEFENDANTS HEREBY DEMAND A TRIAL BY JURY.**

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted. Plaintiff's Complaint fails to allege facts sufficient to show that Plaintiff is entitled to recover any damages as against Defendants.

### Second Affirmative Defense

Defendants have the benefit of the State's status as sovereign, together with all privileges and immunities which inure to said sovereign status.

### Third Affirmative Defense

Defendants have the benefit of all expressed and implied exceptions to the waiver of sovereign immunity.

### Fourth Affirmative Defense

Defendants claim the benefit of Eleventh Amendment immunity to the extent applicable to this civil action.

### Fifth Affirmative Defense

At all times material to the matters alleged in the Complaint, the State, its officers, agents and employees, were in the exercise of due care and had in good faith duly fulfilled any and all duties owed to Plaintiff if, in fact, any duties were owed.

**Sixth Affirmative Defense**

Defendants acted reasonably and in good faith and did not violate any clearly established law and, therefore, plead qualified immunity.

**Seventh Affirmative Defense**

The acts or omissions of Defendants were not a conscious disregard of Plaintiff's needs or rights; were not intentional and willful; and were not in violation of Federal or State law.

**Eighth Affirmative Defense**

The acts or omissions of Defendants do not constitute actual fraud, willful misconduct, or actual malice in violation of Federal or State law.

**Ninth Affirmative Defense**

Defendants plead that Plaintiff has failed to exhaust his administrative remedies under the Department of Correction's inmate grievance policies and practices.

**Tenth Affirmative Defense**

Defendants plead any and all applicable defenses of assumption of the risk.

**Eleventh Affirmative Defense**

Defendants plead that Plaintiff caused and/or contributed to the alleged injuries or damages complained of, and therefore, Defendants plead the doctrine of comparative and/or contributory negligence.

**Twelfth Affirmative Defense**

Defendants plead that a person or persons other than its officers or employees caused and/or contributed to the alleged injuries and/or damages.

**Thirteenth Affirmative Defense**

Plaintiff is not entitled to monetary damages as against Defendants under Federal or State law.

**Fourteenth Affirmative Defense**

Plaintiff is not entitled to punitive damages as against Defendants under Federal or State law.

**Fifteenth Affirmative Defense**

Plaintiff is not entitled to attorney's fees, interest, or costs under Federal or State law.

**DEFENDANTS HEREBY DEMAND A TRIAL BY JURY.**

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

______________________________

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Answer, first class mail, postage pre-paid, on this 13th day of November, 2007 to those indicated below:

*/s/ Thomas A. Palombo*

______________________________

**Kenneth N. Plasden, Jr.**
#131420
2749 Elson Green Ave
Va. Beach, VA 23456

**JAY M. ELIAS**
jelias@rbhelaw.com