**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KENNETH N. PLADSEN, JR.** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-323S** |
| | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **DEPUTY WARDEN , D. COLLINS;** | : | |
| **JOSEPH DINITTO; JAKE GADSEN;** | : | |
| **LIEUTENANT GALLIGAN;** | : | |
| **ROBERT HOLLAND;** | : | |
| **CORRECTIONAL OFFICER PIZZO;** | : | |
| **K-9 CORRECTIONAL OFFICER JOHN DOE;** | : | |
| **FREDRIC FRIEDMAN;** | : | |
| **DR. M. POSHKUS; DR. M. BAUERMEISTER;** | : | |
| **DR. LOWELL McROBERTS;** | : | |
| **NANCY HILL, R.N.; PAULINE MARCUSSEN** | : | |

**DEFENDANT DR. M. POSHKUS' MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES**

Now comes Defendant Dr. M. Poshkus and hereby moves this Honorable Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for entry of a twenty (20) day Order compelling Plaintiff Kenneth N. Pladsen to respond to defendant's Interrogatories propounded on November 14, 2007. To date, no response has been received.

Defendant, Dr. M. Poshkus
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

## CERTIFICATION OF GOOD FAITH

Please be advised that the undersigned counsel for the defendant has conferred with the plaintiff in a good faith attempt to resolve the above-mentioned dispute prior to filing of the instant motion and that said parties are unable to resolve same.

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 17th day of January, 2008, to the following:

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr.
#131420
2749 Elson Green Avenue
Virginia Beach, VA 23456

/s/ Jay M. Elias

I hereby certify that on this 17th day of January, 2008 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

/s/ Jay M. Elias

*MTC AI*