**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KENNETH N. PLADSEN, JR.,

v. C.A. No. 07-323 S

A.T. WALL, et al.

**ORDER**

This matter is before the Court on the motions of defendant Dr. Poshkus to compel plaintiff's answers to interrogatories (see Dkt. # 5) and to compel the production of documents (see Dkt. # 6). Both motions are **denied,** without prejudice. Defendant has failed to file with the Court the interrogatories and requests for production that form the basis of the motions to compel. See DRI LR Cv. 33(a) & 34(a). Consequently, the Court, if it were to grant the instant motion as is, would have no knowledge of what exactly it has ordered answered or produced.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 5, 2008