United States District Court
For the District of Rhode Island.

Kenneth Pladsen JR -vs- A.T. WALL, ETAL | C.A. NO. 07-323S

## Motion for extension of time

The plaintiff has been in transfer from the State of Connecticut D.O.C. to Iowa D.O.C. since 11-1-07. The plaintiff has still not Reached his final destination. Due to security reasons the I.OWA D.O.C. will not tell the plaintiff when he is moving to his permanent housing facility. The plaintiff has not been able to bring any legal work, instead having to wait to where he is going and having it mailed by the Conn. D.O.C. Therefore it is impossible to respond to defendants motions for interrogatories and production, at this time. Wherefore the plaintiff requests a 90 day extension so he can properly answer the defendants demands. The plaintiff has written defendants counsel with a request of extention to no avail.

by the plaintiff
Kenneth Pladsen Jr., Pro Se.

After duly considering the above motion for 90 day extension, is it ordered GRANTED / Denied

by the court.

I hereby certify that a true copy of the within WAS mailed, postage paid, on this 9th day of February 2008, to the following:

Jay M. Elias
1600 Finiacial Plaze
Provididence, RI. 02903.

Kenneth Plodun Jr., Pro se.