UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KENNETH N. PLADSEN, JR. | : | |
| | : | |
| v. | : | C.A. No. 07-323S |
| | : | |
| DIRECTOR A.T. WALL; | : | |
| WARDEN JAMES WEEDEN; | : | |
| DEPUTY WARDEN , D. COLLINS; | : | |
| JOSEPH DINITTO; JAKE GADSEN; | : | |
| LIEUTENANT GALLIGAN; | : | |
| ROBERT HOLLAND; | : | |
| CORRECTIONAL OFFICER PIZZO; | : | |
| K-9 CORRECTIONAL OFFICER JOHN DOE; | : | |
| FREDRIC FRIEDMAN; | : | |
| DR. M. POSHKUS; DR. M. BAUERMEISTER; | : | |
| DR. LOWELL McROBERTS; | : | |
| NANCY HILL, R.N.; PAULINE MARCUSSEN | : | |

**DEFENDANT DR. M. POSHKUS' MOTION TO COMPEL PLAINTIFF'S RESPONSE TO PRODUCTION**

Now comes Defendant Dr. M. Poshkus and hereby moves this Honorable Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for entry of a twenty (20) day Order compelling Plaintiff Kenneth N. Pladsen to respond to defendant's Request for Production of Documents propounded on November 14, 2007. A copy of the Request for Production is attached hereto as ***Exhibit 1***. To date, no response has been received.

Defendant, Dr. M. Poshkus
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION OF GOOD FAITH**

Please be advised that the undersigned counsel for the defendant has conferred with the plaintiff in a good faith attempt to resolve the above-mentioned dispute prior to filing of the instant motion and that said parties are unable to resolve same.

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 21st day of February, 2008, to the following:

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #1114353
I.M.C.C.
P. O. Box A
Oakdale, IA 52319

***Legal Mail/Confidential***
Mr Kenneth N. Pladsen, Jr., #131420
2749 Elson Green Avenue
Virginia Beach, VA 23456

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

I hereby certify that on this 21st day of February, 2008 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

*MTC RTP*

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KENNETH N. PLADSEN, JR.** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-323S** |
| | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **DEPUTY WARDEN , D. COLLINS;** | : | |
| **JOSEPH DINITTO; JAKE GADSEN;** | : | |
| **LIEUTENANT GALLIGAN;** | : | |
| **ROBERT HOLLAND;** | : | |
| **CORRECTIONAL OFFICER PIZZO;** | : | |
| **K-9 CORRECTIONAL OFFICER JOHN DOE;** | : | |
| **FREDRIC FRIEDMAN;** | : | |
| **DR. M. POSHKUS; DR. M. BAUERMEISTER;** | : | |
| **DR. LOWELL McROBERTS;** | : | |
| **NANCY HILL, R.N.; PAULINE MARCUSSEN** | : | |

**DEFENDANT DR. M. POSHKUS' REQUEST**
**FOR PRODUCTION OF DOCUMENTS PROPOUNDED**
**TO PLAINTIFF KENNETH N. PLADSEN, JR.**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, defendant Dr. M. Poshkus (sometimes hereinafter referred to as "this defendant") requests that plaintiff Kenneth N. Pladsen, Jr. produce for inspection and copying, at the law offices of Ratcliffe Burke Harten & Elias, LLP, 1600 Financial Plaza, Providence, Rhode Island, 02903, within thirty (30) days, true and accurate copies of each of the following documents and/or items:

**REQUEST FOR PRODUCTION OF DOCUMENTS**

**REQUEST NO. 1:** Any and all medical records, including mental health records, bills and reports, of whatever nature and kind, including, but not limited to, office notes, correspondence, x-rays and radiology studies, laboratory and other diagnostic test results, from

any and all physicians, hospitals, or other health care providers or facilities whose services are alleged to have been required by plaintiff Kenneth N. Pladsen, Jr., as a result of the alleged incidents described in plaintiff's Complaint.

**REQUEST NO. 2:** Any and all medical records, including mental health records, bills and reports of whatever nature and kind, including, but not limited to, office notes, correspondence, x-rays and radiology studies, laboratory and other diagnostic test results, from any and all physicians, hospitals and health care providers or facilities with whom plaintiff Kenneth N. Pladsen, Jr. has sought and received medical care, treatment, evaluation or consultation for the period consisting of ten (10) years prior to the incidents alleged in plaintiff's Complaint, up to and including the present date and continuing.

**REQUEST NO. 3:** Any and all pharmacy records, relating to prescriptions for medications prescribed to plaintiff Kenneth N. Pladsen, Jr. during the ten (10) years prior to the incidents alleged in plaintiff's Complaint, up to and including the present date and continuing.

**REQUEST NO. 4:** Any and all records, from the Connecticut Department of Corrections and/or the Rhode Island Department of Corrections, which relate to medications prescribed to plaintiff Kenneth N. Pladsen, Jr. during his incarcerations with such departments.

**REQUEST NO. 5:** Any and all medical records, including mental health records, bills and reports of whatever nature and kind, including, but not limited to, office notes, correspondence, x-rays and radiology studies, laboratory and other diagnostic test results, from

Patrick Fox, M.D., including but not limited to, any records relating to plaintiff's alleged diagnosis of schizophrenia, up to and including the present date and continuing.

**REQUEST NO. 6:** Any and all documents, including medical records or reports, office notes, radiology reports, laboratory and other diagnostic studies and test results, correspondence, and the like, which concern or relate to plaintiff's injuries allegedly caused by this defendant.

**REQUEST NO. 7:** Any and all photographs, videographs, movies and other pictorial representations in plaintiff's possession, custody or control, which depict the damages or injuries claimed by plaintiff to have been caused by this defendant.

**REQUEST NO. 8:** Any and all written statements of any kind or nature, regarding the incidents which are the subject of the Complaint, taken of, or from this defendant, that are in the possession, custody, or control of plaintiff, or anyone acting on his behalf or with his knowledge.

**REQUEST NO. 9:** Any and all diagrams, drawings, photographs, radiographs, pictorial representations, movies, videotapes, illustrations, graphic enlargements, or the like, which plaintiff Kenneth N. Pladsen, Jr. intends to introduce or use at trial to prove or establish any of the elements of his claims against this defendant, which are the subject of the Complaint.

**REQUEST NO. 10:** Any and all diaries, chronologies, journals, calendars, logs, or the like, prepared by plaintiff Kenneth N. Pladsen, Jr. or on his behalf, which describe any of the

circumstances leading up to, during, or following any of the incidents alleged in plaintiff's Complaint.

**REQUEST NO. 11:** An exact and complete duplicate copy of plaintiff Kenneth N. Pladsen, Jr.'s Rhode Island Department of Corrections file.

**REQUEST NO. 12:** An exact and complete duplicate copy of plaintiff Kenneth N. Pladsen, Jr.'s Connecticut Department of Corrections file.

**REQUEST NO. 13:** An exact and complete duplicate copy of all of plaintiff Kenneth N. Pladsen, Jr.'s criminal records.

**REQUEST NO. 14:** Any and all documents, records, correspondence, or the like, relating to plaintiff's transfer from the Connecticut Department of Corrections to the Rhode Island Department of Corrections, in or around June of 2006.

**REQUEST NO. 15:** Any and all correspondence, written communication, letters, notes, e-mail and documents of any kind, other than those which are lawfully protected from disclosure, written to or from plaintiff, which in any way relate to the incidents alleged in plaintiff's Complaint, including, but not limited to, requests for medical attention.

**REQUEST NO. 16:** Any and all documents which plaintiff alleges gave, or should have given, this defendant constructive or actual knowledge of the allegations in plaintiff's Complaint

**REQUEST NO. 17:** Any and all documents, which relate to plaintiff's alleged classification of "S.M.I." or "Severe Mental Illness", by the Connecticut Department of Corrections, as referenced in the Complaint.

**REQUEST NO. 18:** Any and all documents, which the plaintiff is referring to when he references, in the Complaint, his "long and extensively documented history of severe mental illness."

**REQUEST NO. 19:** Any and all medical request slips, which plaintiff alleges he submitted or which were submitted on his behalf, while plaintiff was in the custody of the Rhode Island Department of Corrections.

**REQUEST NO. 20:** Any and all grievance requests, which plaintiff submitted or which were submitted on his behalf, while plaintiff was in the custody of the Rhode Island Department of Corrections.

**REQUEST NO. 21:** Any and all documents, evidencing any warnings not to discontinue plaintiff's medications, which plaintiff alleges were given by the Connecticut Department of Corrections to the Rhode Island Department of Corrections, as referenced in the Complaint.

**REQUEST NO. 22:** Any and all articles, treatises, journals, rules, regulations, policies, guidelines, or the like, which plaintiff intends to introduce, use, or rely on at trial to prove or establish any of the allegations against this defendant, which are the subject of this litigation.

**REQUEST NO. 23:** Any and all *curricula vitae* of expert witnesses with whom plaintiff or his representatives have consulted, or whom plaintiff intends to call or may call at the trial of this matter.

**REQUEST NO. 24:** Any and all documents of any kind, which plaintiff or his representatives have received from any expert witness with whom plaintiff has consulted, or whom plaintiff intends to call as an expert witness at the trial of this matter.

**REQUEST NO. 25:** A list of any and all witnesses whom plaintiff intends or expects to have testify at the trial of this matter, and for each person state their name, address, telephone number and the subject matter about which they are expected to testify.

**REQUEST NO. 26:** Any and all exhibits plaintiff intends or expects to use or rely on at the trial of this matter.

**REQUEST NO. 27:** Any and all tape recordings, and transcription of same, which in any way relate to any of the allegations which are the subject of this litigation.

**REQUEST NO. 28:** Any and all documents, other than those above requested, relating in any way to plaintiff's claims against this defendant.

**REQUEST NO. 29:** Any and all documents, other than those above requested, identified or used by plaintiff in answering this defendant's interrogatories.

Defendant, Dr. M. Poshkus,
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 14th day of November, 2007, to the following:

***Legal Mail/Confidential***

Mr. Kenneth N. Pladsen, Jr.
#131420
2749 Elson Green Avenue
Virginia Beach, VA 23456

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920