**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH N. PLADSEN, JR.**

**V.** **C.A. NO. 07-323 S**

**A.T. WALL, ET AL.**

**ORDER**

This matter is before the Court on the motions of defendant Poshkus to compel plaintiff's response to his request for production (Dkt # 10) and his motion to compel plaintiff's answers to interrogatories (Dkt # 11). Both motions are **DENIED, without prejudice**. On February 27, 2008, the Court extended the time in which plaintiff was to provide a response to the defendants' discovery request, up to, and including March 17, 2008.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
March 18, 2008