**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH N. PLASDEN, JR.**
**Plaintiff,**

**v.** **C.A. No. 07-323S**

**DIRECTOR A.T. WALL,**
**WARDEN JAMES WEEDEN,**
**DEPUTY WARDEN, D. COLLINS,**
**JOSEPH DiNITTO, JAKE GADSEN,**
**LIUTENANT GALLIGAN**
**ROBERT HOLLAND, CO PIZZO,**
**K-9 CO JOHN DOE, FREDRIC FRIEDMAN,**
**DR. M. POSHKUS, DR. M. BAUERMEISTER,**
**DR. LOWELL McROBERTS, NANCY HILL,**
**R.N. and PAULINE MARCUSSEN**
**Defendants**

**MOTION TO COMPEL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES**

Now come the State Defendants and hereby move to compel Plaintiff, Kenneth N. Plasden's response to Defendants' Request for Production of Documents and Answers to Interrogatories. In support, Defendants respectfully submit the following.

Defendants' Request for Production of Documents and Interrogatories were propounded to Plaintiff Plasden on February 21, 2008. As of this date, Plaintiff has failed to answer or otherwise respond. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the undersigned wrote to Plaintiff on March 21, 2008 in a good faith attempt to obtain the requested discovery. Under the Court's Pretrial Order, fact discovery closes tomorrow, March 26, 2008.

WHEREFORE, the State Defendants respectfully request that this Motion to Compel be granted; that a ten (10) day Order enter hereon; and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995
tpalombo@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that I filed the within Motion to Compel via the ECF system and that it is now available for viewing and downloading and that I caused a copy to be sent to **Jay M. Elias** at jelias@rbhelaw.com and that I also mailed a true copy of this Motion to Compel by first class mail, postage pre-paid, on this 25th day of March, 2008 to those indicated below:

*/s/ Thomas A. Palombo*

**Kenneth N. Plasden, Jr.**
#1114353
Iowa State Penitentiary
3 John Bennett Drive
Fort Madison, IA 52627