**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH N. PLADSEN, JR.**
**Plaintiff,**

**v.** **C.A. No. 07-323S**

**DIRECTOR A.T. WALL,**
**WARDEN JAMES WEEDEN,**
**DEPUTY WARDEN, D. COLLINS,**
**JOSEPH DiNITTO, JAKE GADSEN,**
**LIUTENANT GALLIGAN**
**ROBERT HOLLAND, CO PIZZO,**
**K-9 CO JOHN DOE, FREDRIC FRIEDMAN,**
**DR. M. POSHKUS, DR. M. BAUERMEISTER,**
**DR. LOWELL McROBERTS, NANCY HILL,**
**R.N. and PAULINE MARCUSSEN**
**Defendants**

**MOTION FOR EXTENSION OF TIME**
**AND TO MODIFY PRETRIAL ORDER**

Now come the State Defendants and hereby respectfully move for an extension of time to complete discovery and for modification of the Pretrial Order dated February 26, 2008. In support hereof, the State Defendants respectfully submit the following.

Plaintiff, Kenneth Pladsen has failed to respond to the State Defendants' Request for Production of Documents and Interrogatories propounded on February 21, 2008. In addition, Pladsen has had no contact whatsoever with the undersigned attorney. Today, the State Defendants filed a Motion to Compel discovery. However, under the Pretrial Order, fact discovery closes tomorrow, March 26, 2008.

WHEREFORE, the State Defendants respectfully request that the Honorable Court extend time for the completion of discovery by thirty (30) days; modify the Pretrial Order to extend by thirty (30) days all of the dates set forth therein; and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*
______________________________

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995
tpalombo@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that I filed the within Motion to Modify via the ECF system and that it is now available for viewing and downloading and that I caused a copy to be sent to **Jay M. Elias** at jelias@rbhelaw.com and that I also mailed a true copy of this Motion to Compel by first class mail, postage pre-paid, on this 25th day of March, 2008 to those indicated below:

*/s/ Thomas A. Palombo*
______________________________

**Kenneth N. Pladsen, Jr.**
#1114353
Iowa State Penitentiary
3 John Bennett Drive
Fort Madison, IA 52627