**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH N. PLASDEN, JR.**
**Plaintiff,**

**v.** **C.A. No. 07-323S**

**DIRECTOR A.T. WALL,**
**WARDEN JAMES WEEDEN,**
**DEPUTY WARDEN, D. COLLINS,**
**JOSEPH DiNITTO, JAKE GADSEN,**
**LIUTENANT GALLIGAN**
**ROBERT HOLLAND, CO PIZZO,**
**K-9 CO JOHN DOE, FREDRIC FRIEDMAN,**
**DR. M. POSHKUS, DR. M. BAUERMEISTER,**
**DR. LOWELL McROBERTS, NANCY HILL,**
**R.N. and PAULINE MARCUSSEN**
**Defendants**

**RENEWED MOTION TO COMPEL**
**PRODUCTION AND INTERROGATORIES**

Respectfully, the State Defendants ("Defendants") hereby renew their Motion to Compel Plaintiff, Kenneth N. Plasden's, response to Defendants' Request for Production of Documents and his Answers to Interrogatories. (Defendants filed a prior Motion to Compel on March 25, 2008 and Plaintiff has failed to answer or otherwise respond thereto.) In support, Defendants respectfully submit the following.

Defendants' Request for Production of Documents and Interrogatories were propounded to Plaintiff Plasden on February 21, 2008. Plaintiff failed to answer or otherwise respond. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the undersigned wrote to Plaintiff on March 21, 2008 in a good faith attempt to obtain the requested discovery. Plaintiff has not responded to the March 21 Letter. In fact, Plaintiff has had no contact with the Court, or Defendants, for several months. The Court recently granted Defendants' Motion to extend Pre-Trial Order dates; presently, discovery is now scheduled to close on April 28, 2008.

WHEREFORE, Defendants respectfully request that this Motion to Compel be granted; that a ten (10) day Order enter hereon; and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995
tpalombo@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that I filed the within Renewed Motion to Compel via the ECF system and that it is now available for viewing and downloading; that I caused a copy to be sent to **Jay M. Elias, Esquire** at jelias@rbhelaw.com; and that I also mailed a true copy by first class mail, postage pre-paid, on this 10th day of April, 2008 to those indicated below:

*/s/ Thomas A. Palombo*

**Kenneth N. Plasden, Jr.**
#1114353
Iowa State Penitentiary
3 John Bennett Drive
FORT MADISON, IA 52627