**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH N. PLADSEN, JR.**

**V.** **C.A. NO. 07-323 S**

**A.T. WALL, ET AL.**

# ORDER

This matter is before the Court on the State Defendants' motion to compel Plaintiff's response to their request for production of documents and answers to interrogatories (Docket # 15), and the State Defendants' renewed motion to compel the same (Docket # 17). Plaintiff has not objected thereto.

Plaintiff originally filed his complaint on August 28, 2007. Defendant Poshkus filed motions to compel Plaintiff's response to his request for answers to interrogatories (Docket # 5) and production of documents (Docket # 6) on February 4, 2008. The Court denied this request because the interrogatories and requests for production were not filed with the Court (Docket # 8), and the Court ordered a Rule 16 Conference to be held on February 26, 2008. Plaintiff thereafter, on February 15, 2008, filed a motion for an extension of time (Docket # 9). On February 21, 2008 Defendant Poshkus again filed motions to compel Plaintiff's response to his request for production of documents (Docket # 10) and answers to interrogatories (Docket # 11), propounding his requests for production and interrogatories, respectively. On February 27, 2008, after the Rule 16 Conference, the Court granted Plaintiff's motion for an extension of time to provide a response to the Defendants' discovery requests up to, and including, March 17, 2008 (Docket # 12). On March 18, 2008, the Court denied, without prejudice, Defendant Poshkus's previously filed motions to compel because it had granted Plaintiff an extension of time (Docket # 14).

On March 25, 2008, after the extension of time expired, and a good faith attempt to obtain the requested discovery, the State Defendants filed the present motion to compel Plaintiff's response to Defendants' request for production of documents and answers to interrogatories (Docket # 15). Plaintiff did not respond, and the State Defendants filed the renewed motion to compel (Docket # 17).

As both the time for Plaintiff's response to the State Defendants' motion and the extension of time for Plaintiff to respond to Defendants' discovery requests have now passed, the Defendants' motion to compel production of documents and answers to interrogatories is hereby **GRANTED**. Plaintiff shall respond to Defendants' discovery requests within ten (10) days of this Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
April 15, 2008