**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KENNETH N. PLADSEN, JR.** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-323S** |
| | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **DEPUTY WARDEN , D. COLLINS;** | : | |
| **JOSEPH DINITTO; JAKE GADSEN;** | : | |
| **LIEUTENANT GALLIGAN;** | : | |
| **ROBERT HOLLAND;** | : | |
| **CORRECTIONAL OFFICER PIZZO;** | : | |
| **K-9 CORRECTIONAL OFFICER JOHN DOE;** | : | |
| **FREDRIC FRIEDMAN;** | : | |
| **DR. M. POSHKUS; DR. M. BAUERMEISTER;** | : | |
| **DR. LOWELL McROBERTS;** | : | |
| **NANCY HILL, R.N.; PAULINE MARCUSSEN** | : | |

**DEFENDANT DR. M. POSHKUS' MOTION FOR LEAVE OF COURT TO TAKE THE DEPOSITION OF PLAINTIFF/CONFINED INMATE KENNETH N. PLADSEN, JR.**

Now comes defendant Dr. M. Poshkus and, pursuant to Rule 30 of the Federal Rules of Civil Procedure, moves this Honorable Court for leave to take the deposition of plaintiff Kenneth N. Pladsen, Jr. Plaintiff is confined in prison in a penitentiary in the State of Iowa. This defendant seeks permission of the Court to conduct the deposition of the confined plaintiff in any of the manners permitted by the Federal Rules of Civil Procedure, either within the State of Iowa, in the State of Rhode Island, via video-tape recording, or in some other manner which this Court deems appropriate under the circumstances.

This motion is joined by each of the other named defendants who are represented by the State of Rhode Island through Assistant Attorney General Thomas A. Palombo. The attached Memorandum of Law is submitted in support of this Motion.

Defendant, Dr. M. Poshkus
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 28th day of April, 2008, to the following:

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #1114353
I.M.C.C.
P. O. Box A
Oakdale, IA 52319

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #131420
2749 Elson Green Avenue
Virginia Beach, VA 23456

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

I hereby certify that on this 28th day of April, 2008 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

Thomas A. Palombo, Esquire
Attorney General's Office
150 South Main Street
Providence, RI 02903

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KENNETH N. PLADSEN, JR.** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-323S** |
| | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **DEPUTY WARDEN , D. COLLINS;** | : | |
| **JOSEPH DINITTO; JAKE GADSEN;** | : | |
| **LIEUTENANT GALLIGAN;** | : | |
| **ROBERT HOLLAND;** | : | |
| **CORRECTIONAL OFFICER PIZZO;** | : | |
| **K-9 CORRECTIONAL OFFICER JOHN DOE;** | : | |
| **FREDRIC FRIEDMAN;** | : | |
| **DR. M. POSHKUS; DR. M. BAUERMEISTER;** | : | |
| **DR. LOWELL McROBERTS;** | : | |
| **NANCY HILL, R.N.; PAULINE MARCUSSEN** | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT DR. M. POSHKUS' MOTION FOR LEAVE OF COURT TO TAKE THE DEPOSITION OF PLAINTIFF/CONFINED INMATE KENNETH N. PLADSEN, JR.**

This Memorandum of Law is submitted in support of the defendant Dr. M. Poshkus' Motion for Leave of Court to Take the Deposition of Plaintiff/Confined Inmate Kenneth N. Pladsen, Jr. Each of the named defendants being represented by the State of Rhode Island through the Office of the Attorney General have joined in the Motion. The Motion for Leave of Court is filed pursuant to Rule 30 of the Federal Rules of Civil Procedure.

**FACTS AND TRAVEL**

The underlying action was filed by plaintiff Kenneth N. Pladsen, Jr. on August 28, 2007. At some point following the commencement of this action, the plaintiff was transferred to the Iowa State Penitentiary where he is currently serving a sentence for kidnapping. Both Dr. M.

Poshkus and the various State defendants have propounded discovery requests on the plaintiff; however, to date, no responses have been received.

This Court has issued various orders with respect to the propounded discovery, the most recent requiring the plaintiff to respond to all of the defendants' requests by April 25, 2008. By Order of this Court, all factual discovery is to close on April 28, 2008.

## ARGUMENT

Federal Rule of Civil Procedure 30(a)(2)(B) provides that a party must obtain leave of court if the person to be examined is confined in prison. Defendant Dr. M. Poshkus, as well as the various named State defendants, seek to depose the plaintiff. The plaintiff has alleged, among other things, violations of the Americans with Disabilities Act, violations of Title 42 U.S.C Section 1983, violations of the Eighth and Fourteenth Amendments to the United States Constitution, and medical negligence. The plaintiff has not yet been examined through deposition and in light of plaintiff's claims and allegations, it is critical to the defense of this case that his examination be conducted through deposition.

Accordingly, for the reasons set forth herein, defendant Dr. M. Poshkus and each of the named State defendants respectfully request that this Honorable Court grant the Motion for Leave of Court to Take the Deposition of Plaintiff/Confined Inmate Kenneth N. Pladsen, Jr.

Defendant, Dr. M. Poshkus
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 28th day of April, 2008, to the following:

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #1114353
I.M.C.C.
P. O. Box A
Oakdale, IA 52319

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #131420
2749 Elson Green Avenue
Virginia Beach, VA 23456

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

I hereby certify that on this 28th day of April, 2008 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

Thomas A. Palombo, Esquire
Attorney General's Office
150 South Main Street
Providence, RI 02903

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)