**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH N. PLASDEN, JR.**
**Plaintiff,**

**v.** **C.A. No. 07-323S**

**DIRECTOR A.T. WALL,**
**WARDEN JAMES WEEDEN,**
**DEPUTY WARDEN, D. COLLINS,**
**JOSEPH DiNITTO, JAKE GADSEN,**
**LIUTENANT GALLIGAN**
**ROBERT HOLLAND, CO PIZZO,**
**K-9 CO JOHN DOE, FREDRIC FRIEDMAN,**
**DR. M. POSHKUS, DR. M. BAUERMEISTER,**
**DR. LOWELL McROBERTS, NANCY HILL,**
**R.N. and PAULINE MARCUSSEN**
**Defendants**

**MOTION TO DISMISS**
**FOR FAILURE TO COMPLY WITH COURT ORDER**

Now come the State Defendants ("Defendants") and, pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby moves the Honorable Court to dismiss this civil action filed by Plaintiff, Kenneth N. Plasden ("Plaintiff" or "Plasden") for:

1.) Plaintiff's failure to comply with the Order of the Court dated April 15, 2008 granting Defendants' Motion to Compel Documents and Interrogatories and ordering responses within ten (10) days;

2.) Plaintiff's failure to respond to the State Defendants' Request for Production of Documents and Interrogatories propounded on February 21, 2008 (as to which the Court previously ordered Plaintiff to respond to within twenty (20) days of the February 26, 2008 Telephone Conference); and

3.) Plaintiff's utter failure to prosecute this civil action.

In support, Defendants respectfully submit the following.

Defendants' Request for Production of Documents and Interrogatories were propounded to Plaintiff on February 21, 2008. Plaintiff failed to answer or otherwise respond. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the undersigned wrote to Plaintiff on March 21, 2008 in a good faith attempt to obtain the requested discovery. Plaintiff never responded to the March 21 Letter. In fact, Plaintiff has had no contact with the Court, or Defendants, for several months. Recently, the Court granted Defendants' motion to extend Pre-Trial Order dates. Discovery was rescheduled to close on April 28, 2008. Thereafter, by Order dated April 15, 2008, the Court ordered Plaintiff's responses to Defendants' discovery requests within ten (10) days thereof. Alas, the due date has come and gone, as has today's U.S. Mail delivery, and Plaintiff has not complied with the Court's Order. Accordingly, Defendants request dismissal of this civil action.

WHEREFORE, Defendants respectfully request that this Motion to Dismiss be granted.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*
______________________________

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995
tpalombo@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I filed the within Motion to Dismiss via the ECF system and that it is now available for viewing and downloading; that I caused a copy to be sent to **Jay M. Elias, Esquire** at jelias@rbhelaw.com; and that I also mailed a true copy by first class mail, postage pre-paid, on this 30th day of April, 2008 to those indicated below:

*/s/ Thomas A. Palombo*

______________________________

**Kenneth N. Plasden, Jr.**
#1114353
Iowa State Penitentiary
3 John Bennett Drive
FORT MADISON, IA 52627