**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KENNETH N. PLADSEN, JR.** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-323S** |
| | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **DEPUTY WARDEN , D. COLLINS;** | : | |
| **JOSEPH DINITTO; JAKE GADSEN;** | : | |
| **LIEUTENANT GALLIGAN;** | : | |
| **ROBERT HOLLAND;** | : | |
| **CORRECTIONAL OFFICER PIZZO;** | : | |
| **K-9 CORRECTIONAL OFFICER JOHN DOE;** | : | |
| **FREDRIC FRIEDMAN;** | : | |
| **DR. M. POSHKUS; DR. M. BAUERMEISTER;** | : | |
| **DR. LOWELL McROBERTS;** | : | |
| **NANCY HILL, R.N.; PAULINE MARCUSSEN** | : | |

**DEFENDANT DR. M. POSHKUS' MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER**

Now comes defendant Dr. M. Poshkus and, pursuant to Rule 37 of the Federal Rules of Civil Procedure, moves this Honorable Court for an Order dismissing the plaintiff's Complaint. The attached Memorandum of Law is submitted in support of this Motion.

Defendant, Dr. M. Poshkus
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 30th day of April, 2008, to the following:

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #1114353
I.M.C.C.
P. O. Box A
Oakdale, IA 52319

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #131420
2749 Elson Green Avenue
Virginia Beach, VA 23456

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

I hereby certify that on this 30th day of April, 2008 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

Thomas A. Palombo, Esquire
Attorney General's Office
150 South Main Street
Providence, RI 02903

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

*Motion to Dismiss*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KENNETH N. PLADSEN, JR. | : | |
| | : | |
| v. | : | C.A. No. 07-323S |
| | : | |
| DIRECTOR A.T. WALL; | : | |
| WARDEN JAMES WEEDEN; | : | |
| DEPUTY WARDEN , D. COLLINS; | : | |
| JOSEPH DINITTO; JAKE GADSEN; | : | |
| LIEUTENANT GALLIGAN; | : | |
| ROBERT HOLLAND; | : | |
| CORRECTIONAL OFFICER PIZZO; | : | |
| K-9 CORRECTIONAL OFFICER JOHN DOE; | : | |
| FREDRIC FRIEDMAN; | : | |
| DR. M. POSHKUS; DR. M. BAUERMEISTER; | : | |
| DR. LOWELL McROBERTS; | : | |
| NANCY HILL, R.N.; PAULINE MARCUSSEN | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT DR. M. POSHKUS' MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER**

This Memorandum of Law is submitted in support of the Motion to Dismiss of defendant Dr. M. Poshkus, filed pursuant to Federal Rule of Civil Procedure 37. This defendant also joins in the Motion to Dismiss filed by the State Defendants. In support of this motion, defendant Dr. M. Poshkus submits the following:

On November 14, 2007, this defendant propounded a Request for Production and a set of Interrogatories on the plaintiff. Having received no response, a good faith letter was sent to the plaintiff. Thereafter, motions to compel the plaintiff's responses were filed. The plaintiff requested an extension of time to provide his responses and this was granted by the Court on February 26, 2008. The plaintiff was provided with twenty (20) days to respond to defendant Poshkus' discovery requests. To date no responses have been received. Further, on March 25,

2008, this defendant propounded a Request for Admissions on the plaintiff. The plaintiff's response was due on April 24, 2008. No response has yet been provided.

On April 15, 2008, in response to motions to compel filed by the State Defendants, the Court ordered the plaintiff to respond to all outstanding discovery requests within ten (10) days. This deadline has passed and again no responses from the plaintiff have been received. Moreover, by Order of the Court, discovery in this matter closed on April 28, 2008.

Accordingly, for the reasons set forth herein, defendant Dr. M. Poshkus respectfully requests that this Court grant this motion and enter an Order dismissing the plaintiff's Complaint.

Defendant, Dr. M. Poshkus
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 30th day of April, 2008, to the following:

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #1114353
I.M.C.C.
P. O. Box A
Oakdale, IA 52319

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #131420
2749 Elson Green Avenue
Virginia Beach, VA 23456

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

I hereby certify that on this 30th day of April, 2008 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

Thomas A. Palombo, Esquire
Attorney General's Office
150 South Main Street
Providence, RI 02903

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

*Memo in Support of Motion to Dismiss*