**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KENNETH N. PLADSEN, JR.** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-323S** |
| | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **DEPUTY WARDEN , D. COLLINS;** | : | |
| **JOSEPH DINITTO; JAKE GADSEN;** | : | |
| **LIEUTENANT GALLIGAN;** | : | |
| **ROBERT HOLLAND;** | : | |
| **CORRECTIONAL OFFICER PIZZO;** | : | |
| **K-9 CORRECTIONAL OFFICER JOHN DOE;** | : | |
| **FREDRIC FRIEDMAN;** | : | |
| **DR. M. POSHKUS; DR. M. BAUERMEISTER;** | : | |
| **DR. LOWELL McROBERTS;** | : | |
| **NANCY HILL, R.N.; PAULINE MARCUSSEN** | : | |

# STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANT DR. M. POSHKUS

## I. INTRODUCTION

Now comes defendant Dr. M. Poshkus and, pursuant to Rule 56(a)(1) and (2) of the United States District Court for the District of Rhode Island's Local Rules, hereby submits this Statement of Undisputed Facts in support of his Motion for Summary Judgment.

## II. STATEMENT OF UNDISPUTED FACTS

1. The plaintiff has alleged that he was transferred from the Connecticut Department of Corrections to the Rhode Island Department of Corrections on June 13, 2006. *Exhibit A, Plaintiff's Complaint, page 5.*

2. The plaintiff has alleged that he went five days without medication or mental health treatment and monitoring. *Exhibit A, Plaintiff's Complaint, page 6.*

3. The plaintiff has alleged that he engaged in self-mutilation and, thereafter, did not receive medications, including pain medication or antibiotics, or a psychological evaluation. *Exhibit A, Plaintiff's Complaint, pages 6-7.*

4. The plaintiff has alleged violations of the Americans with Disabilities Act, Title 42 U.S.C Section 1983, the Eighth and Fourteenth Amendments to the United States Constitution, as well as torts of assault, battery and negligence. *Exhibit A, Plaintiff's Complaint, pages 2,11.*

5. On November 14, 2007, this defendant propounded a Request for Production and a set of Interrogatories on the plaintiff. *Exhibit B, Request for Production and Interrogatories.*

6. This defendant filed Motions to Compel the plaintiff's responses on February 21, 2008. *Exhibit C, Motion to Compel Response to Production and Motion to Compel Answers to Interrogatories.*

7. The plaintiff requested an extension of time to provide his responses and this request was granted by the Court on February 27, 2008. The plaintiff was provided with twenty (20) days to respond to this defendant's discovery requests. *Exhibit D, Order Granting Motion for Extension of Time.*

8. On March 27, 2008, this Court modified the original Pretrial Order to provide that all fact discovery must be completed by April 28, 2008, and that expert disclosures must be made by May 2, 2008.

9. On April 15, 2008, in response to motions to compel filed by the State defendants, the Court ordered the plaintiff to respond to all outstanding discovery requests within ten (10) days. *Exhibit E, Order Granting Motion to Compel.*

10. The plaintiff has never responded to this defendant's Request for Production or to the Interrogatories propounded by this defendant.

11. On March 25, 2008, this defendant propounded a Request for Admissions on the plaintiff. *Exhibit F, Requests for Admission*.

12. The plaintiff has never responded to this defendant's Requests for Admission.

13. The plaintiff has failed to disclose or identify any expert witnesses, on or before the May 2, 2008 deadline set by the Court.

Defendant, Dr. M. Poshkus
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias
_______________________________
Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 12th day of May, 2008, to the following:

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #1114353
I.M.C.C.
P. O. Box A
Oakdale, IA 52319

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #131420
2749 Elson Green Avenue
Virginia Beach, VA 23456

/s/ Jay M. Elias
_______________________________
Jay M. Elias, Esquire (#3050)

I hereby certify that on this 12th day of May, 2008 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

Thomas A. Palombo, Esquire
Attorney General's Office
150 South Main Street
Providence, RI 02903

/s/ Jay M. Elias
______________________________
Jay M. Elias, Esquire (#3050)