**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KENNETH PLADSEN, *pro se*

v. C.A. No. 07-323 S

A.T. WALL

# ORDER

This matter is before the Court on the motion of the plaintiff to extend the time in which to answer interrogatories and document requests propounded by the defendants. No objection has been filed. Accordingly, plaintiff's motion is hereby **granted**. Plaintiff shall respond to the interrogatories and document requests within twenty days of this Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 26, 2008