UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KENNETH N. PLADSEN, JR. | : | |
| | : | |
| v. | : | C.A. No. 07-323S |
| | : | |
| DIRECTOR A.T. WALL; | : | |
| WARDEN JAMES WEEDEN; | : | |
| DEPUTY WARDEN , D. COLLINS; | : | |
| JOSEPH DINITTO; JAKE GADSEN; | : | |
| LIEUTENANT GALLIGAN; | : | |
| ROBERT HOLLAND; | : | |
| CORRECTIONAL OFFICER PIZZO; | : | |
| K-9 CORRECTIONAL OFFICER JOHN DOE; | : | |
| FREDRIC FRIEDMAN; | : | |
| DR. M. POSHKUS; DR. M. BAUERMEISTER; | : | |
| DR. LOWELL McROBERTS; | : | |
| NANCY HILL, R.N.; PAULINE MARCUSSEN | : | |

**DEFENDANT DR. M. POSHKUS' REQUEST FOR ADMISSIONS PROPOUNDED TO PLAINTIFF KENNETH N. PLADSEN, JR.**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, defendant Dr. M. Poshkus propounds the following Request for Admissions on plaintiff Kenneth N. Pladsen, Jr. Each matter shall be deemed admitted unless, within thirty (30) days of service of this request, the plaintiff serves upon the defendant a written answer or objection, as provided in Rule 36(a).

**REQUEST NO. 1:** The plaintiff does not allege that defendant Dr. M. Poshkus provided him with any direct care or treatment.

**REQUEST NO. 2:** The plaintiff does not allege that defendant Dr. M. Poshkus was negligent in any direct care or treatment that he provided to the plaintiff.

Defendant, Michael T. Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 25th day of March, 2008, to the following:

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #1114353
I.M.C.C.
P. O. Box A
Oakdale, IA 52319

***Legal Mail/Confidential***
Mr. Kenneth N. Pladsen, Jr., #131420
2749 Elson Green Avenue
Virginia Beach, VA 23456

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

Thomas A. Palombo, Esquire
Attorney General's Office
150 South Main Street
Providence, RI 02903

Nancy Davis