**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH N. PLADSEN, JR.**

**v.** **C.A. NO. 07-323 S**

**A.T. WALL, ET AL.**

**ORDER**

This matter is before the Court on the motion by defendant Dr. Michael Poshkus, joined by the defendants represented by the State of Rhode Island, for leave of the Court to take the deposition of plaintiff Kenneth N. Pladsen, Jr. Plaintiff is confined in prison in Iowa. Rule 30(a)(2) of the Federal Rules of Civil Procedure require parties to obtain leave of court to depose a person confined in prison. Plaintiff has not objected to this motion.

Accordingly, pursuant to Federal Rule of Civil Procedure 30(a)(2), defendants' motion is hereby GRANTED. Defendants shall be permitted to conduct a deposition of plaintiff in a manner consistent with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court For the District of Rhode Island.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
May 27, 2008