UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Kenneth N. Pladsen, Jr.
    Plaintiff

v.                                        C.A. No. 07-323S

A.T. Wall, et al
    Defendant

**ORDER**

The Report and Recommendation of United States Senior Magistrate Judge Jacob Hagopian filed on August 21, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motions to Dismiss are GRANTED and the Federal Claims are DISMISSED with prejudice. This action is hereby DISMISSED.

By Order,

/s/ Wendy Dale
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 9/15/08