UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Kenneth N. Pladsen, Jr.,
    Plaintiff

v.                                              C.A. No. 07-323S

A.T.Wall, et al,
    Defendant

### ORDER

The Report and Recommendation of United States Senior Magistrate Judge Jacob Hagopian filed on October 28, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant Dr. Bauermeister's Motion to dismiss for lack of service is DENIED as moot.

By Order,

_/s/ Wendy Seib_____
Deputy Clerk

ENTER:

_/s/ W. Smith_____
William E. Smith
United States District Judge

Date: 11/17/08